### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ERIC DONAVON PURCELL                                                                           PLAINTIFF
ADC #660443

v.                                   NO. 5:15CV00150 JLH/JTR

JEFFERSON COUNTY
SHERIFF'S DEPARTMENT                                                                          DEFENDANT

### ORDER

Eric Donavon Purcell has not complied with the July 23, 2015 Order directing him to file an amended complaint, and the time for doing so has expired. Document #5. Therefore, this case is dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 2nd day of September, 2015.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE