**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ERIC DONAVON PURCELL                                                                          PLAINTIFF
ADC #660443

v.                                          NO. 5:15CV00150 JLH/JTR

JEFFERSON COUNTY
SHERIFF'S DEPARTMENT                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice. The action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 2nd day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE